365

**No. 42017.**—Protests 953341–G, etc., of James Loudon & Co. et al. (Los Angeles and San Francisco).

Opinion by McClelland, P. J. On the records presented the protests were overruled.

**No. 42018.**—Protest 774831–G of Wm. Steinmeyer Co. (Milwaukee).

Opinion by McClelland, P. J. On the record presented the protest was overruled.

**No. 42019.**—Protest 943468–G of Schenley Import Corp. (New York).

Opinion by Sullivan, J. The protest was sustained in accordance with the report of the collector.

**No. 42020.**—Protest 948462–G of Ovington Bros. Co. (New York).

Opinion by Sullivan, J. On the record presented it was held that the candlestick holders in question should have been assessed at 60 percent under paragraph 218 (c) as claimed. The protest was therefore sustained.

BEFORE THE SECOND DIVISION, AUGUST 29, 1939

**No. 42021.**—Protests 891995–G, etc., of Kandelaft Silks, Inc., et al. (New York).

Opinion by Dallinger, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE FIRST DIVISION, AUGUST 30, 1939

**No. 42022.**—Protest 963133–G of China Dry Goods Co. (San Francisco).

Opinion by McClelland, P. J. An examination of the sample demonstrated that it in no way simulates a natural flower. As it was stipulated to be in chief value of metal the claim at 45 percent under paragraph 397 was sustained.

**No. 42023.**—Protest 954462–G of Fred'k Loeser & Co., Inc. (New York).

Opinion by McClelland, P. J. On the record presented it was found that the sandals were McKay sewn. The protest was therefore overruled.